JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DUONG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILCAC LIFE INSURANCE COMPANY, a business entity form unknown; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. 2:22-CV-08992-AB-JEM<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>District Judge: Hon. Andre Birotte Jr.<br>Magistrate Judge: John E. McDermott<br><br>Complaint Filed: November 7, 2022 |

Pursuant to the Parties' Stipulation of Dismissal of Entire Action With Prejudice, the Court hereby **DISMISSES WITH PREJUDICE** the above-styled action, and **ORDERS** each party to bear their respective fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: October 13, 2023  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE